588

The People of the State of Illinois, Plaintiff-Appellee, *v.* Curtis Evans, Defendant-Appellant.

(No. 57452; )

First District (2nd Division)—July 24, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.